IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| CRYSTAL O. DOWDELL AND<br>CHRISTOPHER B. DOWDELL<br>702 N. 5th Street<br>St. Joseph, MO 64501<br><br>   Plaintiffs,<br><br>v.<br><br>SPIRIT COMMERCIAL AUTO<br>RISK RETENTION GROUP, INC.,<br>**SERVE**: Director of Insurance,<br>     301 West High Street, Room 530<br>     Jefferson City, MO 65101<br><br>and<br><br>SKYWAY SYSTEM, INC.<br>**SERVE**: LegalZoom.com, Inc.<br>     100 W. Broadway, Suite 100<br>     Glendale, CA 91210<br><br>   Defendants. | Case No. _____<br><br>Division _____ |

## PETITION

COME NOW Plaintiffs Crystal and Christopher Dowdell, by and through their attorneys, and for their cause of action against Defendants Spirit Commercial Auto Risk Rentention Group, Inc. and Skyway System, Inc., state and allege as follows:

### Allegations Common To All Counts

1. Plaintiff Crystal Dowdell ("Crystal") is an individual who resides at 702 N. 5th Street, St. Joseph, Missouri 64501.

2. Plaintiff Christopher Dowdell ("Chris") is an individual who resides at 702 N. 5th Street, St. Joseph, Missouri 64501.

Electronically Filed - Jackson - Kansas City - September 11, 2015 - 03:22 PM

3.  Defendant Spirit Commercial Auto Risk Retention Group, Inc. ("Spirit") is a foreign insurance company, organized and existing under the laws of Nevada. Spirit is registered as a risk retention group operating in the State of Missouri and is subject to service of process through the Missouri Director of Insurance.

4.  Defendant Skyway System, Inc. ("Skyway") is a foreign corporation, organized and existing under the laws of California. Skyway's registered agent for service of process is Legalzoom.com, Inc., located at 100 West Broadway, Suite 100, Glendale, California 91210.

5.  At all times material hereto, Defendant Skyway was engaged in the business of interstate trucking and transportation of goods.

6.  At all times material hereto, Defendant Spirit provided insurance coverage to Defendant Skyway, and was aware of Defendant Skyway's operations as an interstate motor carrier.

7.  Venue is proper in Jackson County pursuant to § 508.010 R.S.Mo.

8.  On or about November 7, 2013, Plaintiffs Crystal and Chris sustained bodily injuries and damages in a motor vehicle collision ("the subject motor vehicle collision") caused by the insurable negligence of Defendant Skyway in Platte County, Missouri.

9.  On or about January 24, 2014, Plaintiffs Crystal and Chris filed a Petition for Damages for Personal Injury sustained in the subject motor vehicle collision against Defendant Skyway and its employee in the Circuit Court of Jackson County, Missouri, captioned <u>Crystal O. Dowdell and Christoper B. Dowdell v. Skyway System, Inc., and Jose Roberto Alvarez</u>, Case Number 1416-CV02112 ("Underlying Lawsuit"). A true and correct copy of said Petition is attached hereto as Exhibit 1, and is incorporated herein by reference.

10. On or about August 29, 2014, Division 1 of the Circuit Court of Jackson County, Missouri, entered Judgment in favor of Plaintiffs and against Defendant Skyway in the Underlying Lawsuit in the amount of $1,200,000.00 ("Judgment"). A true and correct copy of said Judgment is attached hereto as Exhibit 2, and is incorporated herein by reference.

## Equitable Garnishment

11. Plaintiffs incorporate the foregoing paragraphs by reference as though fully set forth herein.

12. The entire amount of $1,200,000.00, awarded in the Judgment remains unpaid and owing more than thirty days after entry of said Judgment.

13. This action is brought pursuant to §379.200, R.S.Mo., more than thirty days after the entry of judgment in favor of Plaintiffs and said Judgment has become final.

14. In consideration of a stipulated premium, Defendant Spirit issued and delivered a policy of insurance or multiple policies of insurance ("Insurance Policy") to Defendant Skyway.

15. At all times material hereto, the Insurance Policy was in full force and effect at the time of the insurable negligence of the insured Defendant Skyway which resulted in the Judgment.

16. At all times material hereto, Defendant Spirit insured the liability of Defendant Skyway pursuant to the terms and conditions of the Insurance Policy.

17. At all times material hereto, the Insurance Policy was subject to an MCS-90 Endorsement For Motor Carrier Policies of Insurance for Public Liability Under Sections 29 and 30 of the Motor Carrier Act, such that no condition, provision, stipulation, or limitation contained in the Insurance Policy, or any endorsement thereon, or violation thereof, shall relieve Spirit from liability for payment of the final Judgment within the limits therein described.

18. At all times material hereto, Defendant Skyway complied with all terms and conditions and conditions precedent contained in the Insurance Policy.

19. The Insurance Policy provides coverage for the negligent acts of Defendant Skyway pursuant to the provisions of coverage contained in the Insurance Policy.

20. Defendant Spirit has failed to pay the sum equal to the underlying Judgment and/or the limits of the Insurance Policy in accordance with the Insurance Policy.

21. Plaintiffs, as judgment creditors of insured Defendant Spirit, are third-party beneficiaries who are entitled to enforce the Insurance Policy issued by Defendant Spirit.

22. By reason of the terms and provisions of the Insurance Policy, and by reason of the underlying Judgment entered against Defendant Skyway, Defendant Spirit is obligated to pay the entire Judgment in the amount of $1,200,000.00, or the limits of the Insurance Policy if the limits of the Insurance Policy are less than $1,200,000.00.

WHEREFORE, Plaintiffs pray for judgment against Defendant Spirit for the sum of $1,200,000.00, plus Plaintiffs' costs herein expended, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

DOLLAR, BURNS & BECKER, LC

J.J. Burns                          MO Bar # 64758
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 876-2600
(816) 221-8763 (Fax)
jjb@dollar-law.com

ATTORNEYS FOR PLAINTIFFS

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

CRYSTAL DOWDELL ET AL

                             **PLAINTIFF(S),**       **CASE NO. 1516-CV19317**

**VS.**                                                          **DIVISION 13**

**SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC. ET AL,**

             **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **CHARLES H MCKENZIE** on **18-DEC-2015** in **DIVISION 13** at **08:30 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.    A trial setting;

      b.    Expert Witness Disclosure Cutoff Date;

      c.    A schedule for the orderly preparation of the case for trial;

      d.    Any issues which require input or action by the Court;

      e.    The status of settlement negotiations.

Case 5:15-cv-06148-SWH   Document 1-1   Filed 10/21/15   Page 5 of 19   Exhibit A

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **CHARLES H MCKENZIE**
CHARLES H MCKENZIE, Circuit Judge

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
JEFFREY JOSEPH BURNS, DOLLAR BURNS & BECKER LC, 1100 MAIN STREET STE 2600, KANSAS CITY, MO 64105

Defendant(s):
SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC.
SKYWAY SYSTEM, INC.

Dated: 14-SEP-2015  **Jeffrey A. Eisenbeis**
Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CHARLES H MCKENZIE | Case Number: 1516-CV19317 |
|---|---|
| Plaintiff/Petitioner:<br>CRYSTAL DOWDELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JEFFREY JOSEPH BURNS<br>DOLLAR BURNS & BECKER LC<br>1100 MAIN STREET STE 2600<br>KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>SPIRIT COMMERCIAL AUTO RISK<br>RETENTION GROUP, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** SKYWAY SYSTEM, INC.
                            **Alias:**
SERVE LEGALZOOM.COM INC.
100 W BROADWAY, SUITE 100
GLENDALE, CA 91210

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

14-SEP-2015                       _____
Date                                              Clerk

*JACKSON COUNTY*   Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server       Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*
                                    _____
                                    Signature and Title

**Service Fees, if applicable**
Summons     $_____
Non Est     $_____
Mileage     $_____ (_____ miles @ $_____ per mile)
**Total**   $_____

**See the following page for directions to clerk and to officer making return on service of summons.**

OSCA (7-04) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 15-SMOS-996** 1 of 2  **(1516-CV19317)**   Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 5:15-cv-06148-SWH   Document 1-1   Filed 10/21/15   Page 7 of 19   Exhibit A

## Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (7-04) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 15-SMOS-996** 2 of 2 **(1516-CV19317)** Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 5:15-cv-06148-SWH Document 1-1 Filed 10/21/15 Page 8 of 19 Exhibit A

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CHARLES H MCKENZIE | Case Number: 1516-CV19317 |
|---|---|
| Plaintiff/Petitioner:<br>CRYSTAL DOWDELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFREY JOSEPH BURNS<br>DOLLAR BURNS & BECKER LC<br>1100 MAIN STREET STE 2600<br>KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC.

**SERVE DIRECTOR OF INSURANCE**
**301 WEST HIGHT STREET, RM 530**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

14-SEP-2015
Date                                                                                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*    Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                                                 Date                                               Notary Public

**Sheriff's Fees**
Summons                              $_____
Non Est                                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $____10.00____
Mileage                                  $_____ (_____ miles @ $._____ per mile)
**Total**                                 $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (JAKSMCC) *For Court Use Only*: **Document Id # 15-SMCC-9132**    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:15-cv-06148-SWH   Document 1-1   Filed 10/21/15   Page 10 of 19   Exhibit A

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| CRYSTAL O. DOWDELL AND<br>CHRISTOPHER B. DOWDELL,<br><br>    Plaintiffs,<br><br>v.<br><br>SPIRIT COMMERCIAL AUTO<br>RISK RETENTION GROUP, INC.<br><br>and<br><br>SKYWAY SYSTEM, INC.,<br><br>    Defendants. | Case No. 1516-CV19317 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2015, I mailed Plaintiffs' First Interrogatories to Defendant Spirit Commercial Auto Risk Retention Group, Inc. and Plaintiffs' First Request for Production of Documents to Defendant Spirit Commercial Auto Risk Retention Group, Inc., by U.S. mail, postage prepaid, to the Cole County Sheriff's Department for service on Defendant Spirit Commercial through the Director of Insurance, 301 West High Street, Room 530, Jefferson, City, MO 65101, to be served along with Plaintiffs' Petition.

          Respectfully submitted,

          DOLLAR, BURNS & BECKER, LC


          /s/J.J. Burns
          J.J. Burns    MO Bar # 64758
          1100 Main Street, Suite 2600
          Kansas City, Missouri 64105
          (816)876-2600
          (816) 221-8763 (Fax)
          jjb@dollar-law.com

          ATTORNEYS FOR PLAINTIFFS



## IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division: | Case Number: 1516-CV19317 |
|---|---|
| CHARLES H MCKENZIE | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address: |
| CRYSTAL DOWDELL | JEFFREY JOSEPH BURNS |
| | DOLLAR BURNS & BECKER LC |
| | 1100 MAIN STREET STE 2600 |
| vs. | KANSAS CITY, MO 64105 |
| Defendant/Respondent: | Court Address: |
| SPIRIT COMMERCIAL AUTO RISK | 415 E 12th |
| RETENTION GROUP, INC. | KANSAS CITY, MO 64106 |
| Nature of Suit: | |
| CC Pers Injury-Vehicular | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: SKYWAY SYSTEM, INC.
 Alias:
SERVE LEGALZOOM.COM INC.
100 W BROADWAY, SUITE 100
GLENDALE, CA 91210

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

14-SEP-2015
Date

JACKSON COUNTY     Further Information:

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
 ☐ the judge of the court of which affiant is an officer.
 ☐ authorized to administer oaths in the state in which the affiant served the above summons.
  (use for out-of-state officer)
 ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

Service Fees, if applicable
Summons   $_____
Non Est   $_____
Mileage   $_____ ( _____ miles @ $_____ per mile)
Total    $_____

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (7-04) SM60 (JAKSMOS) For Court Use Only: Document ID# 15-SMOS-996   1 of 2   (1516-CV19317)   Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Case 5:15-cv-06148-SWH   Document 1-1   Filed 10/21/15   Page 13 of 19   Exhibit A

```
              Attorney or Party without Attorney:
              DOLLAR, BURNS & BECKER, LC
                                                     Case No: 516CV19317
                 1100 MAIN ST, STE 2600              Doc. No: 3221509230056
                 KANSAS CITY, MO 64105

            COUNTY OF LOS ANGELES   SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
       Court: CIRCUIT        County: JACKSON              State: MISSOURI
                          DOWDELL VS SPIRIT COMMERCIAL

                              AFFIDAVIT OF SERVICE
       I certify that  ANA K. SOSA
       being first duly sworn, deposes and says:  That he is a regularly appointed,
       qualified deputy Sheriff of the said County of Los Angeles, in the State of
       California, and over the age of twenty-one years, not a party to the action
       or related to either party, nor an attorney for a party, nor in any way
       interested in the within named action, and authorized to serve civil process
                 SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF
                 MISSOURI


       On  09/24/15 at  11:23 AM and that he served the same on the defendant and/or
       respondent named below, on the date indicated, by delivering to and leaving
       with said defendant and/or respondent in the County of Los Angeles, State of
       California, personally, a true and correct copy thereof, with all notices and
       endorsements thereon, in the manner and the place and time shown below:

       1. Name: SKYWAY SYSTEM, INC.            RA: LEGALZOOM.COM, INC.




       2. Person served and title:
              MELISSA BERRY - AUTHORIZED AGENT




       3. Person with whom left and title or relationship to person served:

       4. Date and time of delivery
              11:23 AM
              09/24/15

       5. Mailing date, type of mail and place of mailing




       6. Address, city and state:
              100 W BROADWAY  STE 100
              GLENDALE, CA 91210

                  (  ) Home      ( X ) Business
```

7. Manner of Service:

   ( X ) (Personal Service) by personally delivering true copies to the
         person, firm or corporation served.
       (   ) With endorsement of name, place of service and official
             title on copy served.
       (   ) With required notice written or printed on the face of
             the process served.
       (   ) Affiant showed the original process to the defendant at
             the time of such service.

   ( X ) (Identification) was made as to the identify of the person so
         served was as follows:
       (   ) Photograph of the defendant attached to the process and
             furnished by the plaintiff herein and made a part of this
             affidavit.
       ( X ) Sex: F    Race: WHITE        Hair: BLONDE        Age: 28
             Weight: 115    Height: 5 Ft. 6 Ins.
             Drivers Lic:                  Other:

   ( X ) (Military Service) That at the time of service of process,
         defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 40.00
              NOTARY:           COUNTY CLERK:            TOTAL:$ 40.00
Deputy ANA K. SOSA
SHERIFF'S OFFICE                              Jim McDonnell, SHERIFF
300 E. OLIVE, ROOM 104
BURBANK, CA 91502                     By:_____
(818)557-3490                                              Deputy Sheriff

State of California
County of Los Angeles

On _____ before me,
_____
                                              (Name & Title of Officer)
personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
California that the foregoing paragraph is true and correct.

   WITNESS my hand and official seal.

Signature _____       (Seal)

Electronically Filed - Jackson - Kansas City - September 30, 2015 - 02:13 PM

Exhibit A

```
            Attorney or Party without Attorney:
            DOLLAR, BURNS & BECKER, LC
                                                         Case No: 516CV19317
             1100 MAIN ST, STE 2600                      Doc. No: 3221509230056
             KANSAS CITY, MO 64105

        COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
  Court: CIRCUIT      County: JACKSON                   State: MISSOURI
                       DOWDELL VS SPIRIT COMMERCIAL
```

Additional Documents:

PETITION PG1-4
EXHIBIT 1: PETITION FOR DAMANGES FOR PERSONAL INJURY PG1-14
EXHIBIT 2: DEFAULT JUDGMENT AGAINST SKIWAY SYSTEM, INC AND
JOSE ROBERTO ALVAREZ.(2 PAGES)



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CHARLES H MCKENZIE | Case Number: 1516-CV19317 | |
|---|---|---|
| Plaintiff/Petitioner:<br>CRYSTAL DOWDELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFREY JOSEPH BURNS<br>DOLLAR BURNS & BECKER LC<br>1100 MAIN STREET STE 2600<br>KANSAS CITY, MO 64105 | RECEIVED<br>SEP 21 2015<br>COLE COUNTY<br>SHERIFF'S OFFICE |
| Defendant/Respondent:<br>SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC.

SERVE DIRECTOR OF INSURANCE
301 WEST HIGHT STREET, RM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

14-SEP-2015
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
K. LANDERS (name) DESIGNEE (title).
☐ other
Served at 301 W. High (address)
in Cole (County/City of St. Louis), MO, on 9/21/15 (date) at 1:30 PM (time).
G Witres
Printed Name of Sheriff or Server                           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date                    Notary Public

**Sheriff's Fees**
Summons          $
Non Est          $
Sheriff's Deputy Salary
Supplemental Surcharge   $  10.00
Mileage          $_____ (____ miles @ $____ per mile)
Total            $
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

$37.30

OSCA (7-08) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 15-SMCC-9132    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:15-cv-06148-SWH   Document 1-1   Filed 10/21/15   Page 17 of 19   Exhibit A

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP INC
9550 E EASTERN AVENUE SUITE 253
LAS VEGAS, NV 89123

**RE:** Court: Jackson Co. at Kansas City, Case Number: 1516-CV19317

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 29th day of September, 2015.

Director of Insurance, Financial Institutions
and Professional Registration

## AFFIDAVIT

State of Missouri,
          ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on __September 30__, __2015__ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and
Professional Registration

By: _____

Subscribed and sworn to before me this 30th day of September, 2015

_____
Notary Public

My commision expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2016
Cole County
Commission #12418395

301 West High Street, Room 530, P.O. Box 690 / Jefferson City, Missouri 65102-0690
Telephone 573-751-2619 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.difp.mo.gov

Exhibit A

SSCRM (2)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    SPIRIT COMMERCIAL AUTO
    RISK RETENTION GROUP INC
    9550 E EASTERN AVENUE
    SUITE 253
    LAS VEGAS, NV 89123

2. Article Number
   (Transfer from service label)

   7014 1820 0000 3083 8449

PS Form 3811, July 2013   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   [Carter]

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Exhibit A